# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA STAINTHORP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____/ | **CASE NO. 1:13-cv-01874-SKO**<br><br>**ORDER GRANTING EXTENSION OF BRIEFING SCHEDULE**<br><br>**(Doc. 11)** |

Good cause appearing and pursuant to the parties' Stipulation, the parties' request for an extension of the briefing schedule in this matter is GRANTED.

//
//
//
//

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an Opening Brief no later than August 8, 2014;

2. Defendant shall file any Response to the Opening Brief no later than September 8, 2014; and

3. Any Reply by Plaintiff shall be filed no later than September 15, 2014.

IT IS SO ORDERED.

Dated:   **July 24, 2014**                              **/s/ Sheila K. Oberto**
                                                                                UNITED STATES MAGISTRATE JUDGE