1
2
3
4
5

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| DONNA LEE STAINTHORP ) | Case No.:   1:13-cv-01874-SKO |
| ) | |
| Plaintiff, ) | **STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER THEREON** |
| vs. ) | |
| ) | |
| CAROLYN COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| Defendant ) | |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Donna Lee Stainthorp ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, to extend the time for Plaintiff to file Plaintiff's Opening Brief to August 15, 2014; and that Defendant shall have until September 15, 2014, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due September 19, 2014.

A second extension of time is needed because Plaintiff's Counsel's Spouse receives weekly chemotherapy treatment for her Stage IV breast cancer which metastasized initially to her liver and continues to spread to her lungs and spine. Counsel requires the additional time to file the Opening Brief to allow him to devote the appropriate time to assist his Spouse and his two elementary school aged children through this obviously stressful experience. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: August 11, 2014          Respectfully submitted,

                                          LAW OFFICES OF LAWRENCE D. ROHLFING

                                          /s/ *Steven G. Rosales*

BY: _____
      Steven G. Rosales
      Attorney for plaintiff DONNA STAINTHORP

DATE:  August 11, 2014          BENJAMIN WAGNER
                                          United States Attorney
                                          Donna L. Calvert
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration


                                          */S/- Brenda M. Pulin

                                          _____
                                          Brenda M. Pulin
                                          Special Assistant United States Attorney
                                          Attorney for Defendant
                                          [*Via email authorization]

# ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff may have an extension of time, to and including August 15, 2014, in which to file an opening brief;
2. Defendant shall file a responsive brief on or before September 15, 2014; and
3. Plaintiff may file a reply brief on or before September 19, 2014.

IT IS SO ORDERED.

Dated:   **August 20, 2014**                    **/s/ Sheila K. Oberto**
                                                               UNITED STATES MAGISTRATE JUDGE