# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LEE STAINTHORP,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | ) **Case No. 1:13-cv-01874-GSA**<br>)<br>) **ORDER AWARDING EQUAL ACCESS**<br>) **TO JUSTICE ACT ATTORNEY FEES**<br>) **AND EXPENSES PURSUANT TO 28**<br>) **U.S.C. § 2412(d)**<br>)<br>)<br>) (ECF No. 23)<br>)<br>)<br>) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (ECF No. 23), fees and expenses in the amount of $3,500.00, as authorized by 28 U.S.C. § 2412, shall be awarded to Plaintiff subject to the terms of the Stipulation.

IT IS SO ORDERED.

　　Dated:   **August 10, 2015**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE